# United States District Court

EASTERN DISTRICT OF WISCONSIN

XENGXAI YANG,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

**JUDGMENT IN A CIVIL CASE**
Case No. 21-C-1281

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Second Amended Petition for relief under § 2255 is DENIED and the case is DISMISSED.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: July 31, 2023

GINA M. COLLETTI
Clerk of Court

s/ Mary Fisher
(By) Deputy Clerk